# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUJUAN MAURICIO FERNANDEZ,<br><br>              Plaintiff,<br>     v.<br>CYNTHIA TAMPKINS et al.,<br><br>              Defendants. | Case No. 5:19-cv-01390-VAP (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, and the Report and Recommendation of United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that this lawsuit be dismissed without prejudice.

DATED: May 15, 2020

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE