JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DUJUAN MAURICIO FERNANDEZ,<br><br>               Plaintiff,<br><br>     v.<br><br>CYNTHIA TAMPKINS et al.,<br><br>               Defendants. | Case No. 5:19-cv-01390-VAP (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: May 15, 2020

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE